UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 23 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| BRUCE P. MURCHISON,<br><br>        Plaintiff - Appellant,<br><br> v.<br><br>JOHN PEDICONE, Dr., in his official capacity as Superintendent of TUSD; et al.,<br><br>        Defendants - Appellees. | No. 12-17480<br><br>D.C. No. 4:11-cv-00281-DTF<br>U.S. District Court for Arizona, Tucson<br><br>**MANDATE** |

The judgment of this Court, entered May 29, 2014, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                                            FOR THE COURT:
                                            Molly C. Dwyer
                                            Clerk of Court

                                            Rebecca Lopez
                                            Deputy Clerk